*In re* ENMIENDA A LA REGLA 4(C) DEL REGLAMENTO DEL TRIBUNAL DE CIRCUITO DE APELACIONES.

*Número:* ER-2002-2          *Resuelto:* 4 de octubre de 2002

## RESOLUCIÓN

Se enmienda la Regla 4(C) del Reglamento del Tribunal de Circuito de Apelaciones, 4 L.P.R.A. Ap. XXII–A, para extender el término de nombramiento del(de la) Juez(a) Administrador(a) y cualquier Juez(a) Administrador(a) Auxiliar para que lea como sigue:

*Regla 4.   Administración*

.         .         .         .         .         .         .         .

(C) La designación del(de la) Juez(a) Administrador(a) y de cualquier Juez(a) Administrador(a) Auxiliar será por el término de *dos (2) años*, a menos que el Juez Presidente disponga otra cosa.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Hernández Denton no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*